```
                  UNITED STATES DISTRICT COURT
                            FOR THE
                      DISTRICT OF VERMONT
```

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : File No. 2:04-CR-47-1 |
| | : |
| PASCAL FORTIER | : |

## ORDER

The Report and Recommendation of the United States Magistrate Judge was filed August 10, 2005. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

A district judge must make a *de novo* determination of those portions of a magistrate judge's report and recommendation to which an objection is made. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); *Perez-Rubio v. Wyckoff*, 718 F.Supp. 217, 227 (S.D.N.Y. 1989). The district judge may "accept, reject, or modify, in whole or in part, the magistrate's proposed findings and recommendations." *Id.*

The motion to suppress (Paper 7) is **DENIED**.

Dated at Burlington, in the District of Vermont, this 29th day of August, 2005.

/s/ William K. Sessions III
William K. Sessions III
Chief Judge